# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

142527

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KACHELI CLEANING, INC.,
      Plaintiff-Appellant,

v

                                   SC: 142527
                                   COA: 294265
                                   Oakland CC: 2008-089874-CK

PROJECT SMOOTH MICHIGAN, L.L.C.,
f/k/a AMERICAN LASER CENTERS, L.L.C.,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 18, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

p0620